# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUZANNE SLOAT,** | : | Civil No. 1:19-CV-01595 |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **COMMONWEALTH OF PENNSYLVANIA—OFFICE OF INFORMATION TECHNOLOGY,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 29th day of November 2021, for the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED that the defendant's motion for summary judgment (Doc. 26), is GRANTED. The Clerk is directed to close this case.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge